UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | )<br>) Case No. 3:14-cv-00383-SBA |
| Plaintiffs, | )<br>) |
| | ) [PROPOSED] ORDER |
| v. | )<br>) |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | )<br>) |
| Defendants. | )<br>) |
| _____ | ) |

This matter is before the Court on Defendants' Motion to Transfer Venue. Defendants seek a transfer of this action to the U.S. District Court for the District of Hawaii. Defendants have indicated that Plaintiffs do not oppose the Motion.

After careful consideration of Defendants' submissions, and the fact that Plaintiffs do not oppose transfer, it is hereby ORDERED that Defendants' Motion is GRANTED. It is further ORDERED that this matter is hereby TRANSFERRED to the U.S. District Court for the District of Hawaii for all further proceedings.

SO ORDERED this __25th__ day of ____March____, 2014

_____
HON. SAUNDRA BROWN ARMSTRONG
United States Senior District Judge

[PROPOSED] ORDER
3:14-cv-00383-LB